IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Alaska Growth Capital BIDCO, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Brookside Woolen Mill, a Montana partnership; Thayne Mackey, Inc., a Montana corporation; Michelle Mackey, Inc., a Montana corporation; TCJ I, LLC, a Delaware limited liability company; Thayne A. Mackey, an individual; and Michelle L. Mackey, an individual,<br><br>    Defendants. | Cause No. 4:20-cv-00023-BMM-JTJ<br><br>**ORDER GRANTING MOTION FOR ORDER AMENDING AND SUPPLEMENTING JUDGMENT** |

The matter before the Court is the *Motion for Order Amending and Supplementing Judgment* [Docket No. 29] (the "Motion") filed by Plaintiff Alaska Growth Capital BIDCO, Inc. ("Plaintiff"). Plaintiff seeks an Order from this Court (1) amending the *Default Judgment, Decree of Foreclosure and Order of Sale* [Docket No. 18] to reflect the additional interest, costs, and fees incurred to date, less $20,000 for payment made against the lender costs/attorney fees; and (ii) directing Defendants to provide evidence of insurance on the properties immediately.

The Court has reviewed the Motion, the Declaration of Ben Kappelman and the Declaration of Michael Rzeszut in support of the Motion, and based thereon, and for good cause appearing;

**HEREBY ORDERS THAT**:

1. The Motion is **GRANTED**;

2. The Court's *Default Judgment, Decree of Foreclosure and Order of Sale* [Docket No. 18] is hereby **AMENDED** to reflect and include:

    a. a principal balance of $586,288.85;

    b. interest from July 21, 2015 to September 30, 2021 in the amount of $230,169.84;

    c. late fees in the amount of $15,640.68 and expenses in the amount of $8,583.40 as of September 30, 2021;

    d. attorney fees through September 30, 2021 in the amount of $44,574.19;

    e. less $20,000.00 for payment made to Plaintiff against the lender costs/attorney fees.

3. Defendants shall provide evidence of insurance on the properties to Plaintiff immediately.

4. **JUDGMENT** is amended and entered in favor of the Plaintiff in the total amount of $865,256.96 as of September 30, 2021.

5. The Judgment entered herein shall be augmented by any and all additional interest, costs and attorneys' fees allowed under the loan documents, with such amounts to be established by affidavit.

Dated this 3rd day of February, 2022.

/s/ Brian Morris

Brian Morris, Chief District Judge
United State District Court