IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Alaska Growth Capital BIDCO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Brookside Woolen Mill, a Montana partnership; Thayne Mackey, Inc., a Montana corporation; Michelle Mackey, Inc., a Montana corporation; TCJ I, LLC, a Delaware limited liability company; Thayne A. Mackey, an individual; and Michelle L. Mackey, an individual, <br><br> Defendants. | Cause No. 4:20-cv-00023-BMM-JTJ <br><br> **ORDER GRANTING MOTION FOR ORDER AUTHORIZING ISSUANCE OF POST-JUDGMENT SUBPOENAS** |

The matter before the Court is the *Motion for Order Authorizing Issuance of Post-Judgment Subpoenas* [Docket No. 32] (the "Motion") filed by Plaintiff Alaska Growth Capital BIDCO, Inc. ("Plaintiff").  Plaintiff seeks an Order from this Court authorizing Plaintiff to serve subpoenas upon Global Mortgage & Credit ("GMC"), as the senior lienholder on real property located at 3493 Old US Hwy 2, Malta, MT (the "3493 Property"), and the Administrator of the Small Business Administration (the "SBA", and, together with GMC, the "Senior Lienholders"), the senior lienholder on real property located at 47464 US Hwy 2, Malta, MT (the

"47464 Property") to obtain specific information regarding the senior liens, including outstanding amounts owing that are secured by the liens, and status of payments on the liens.

The Court has reviewed the Motion, the Declaration of Ben Kappelman and the Declaration of Michael Rzeszut in support of the Motion, and based thereon, and for good cause appearing;

**HEREBY ORDERS THAT**:

1.  The Motion is **GRANTED**;

2.  The Plaintiff is **AUTHORIZED** to issue subpoenas upon the Senior Lienholders to obtain information regarding the liens on the 3493 Property and the 47464 Property.

Dated this 3rd day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court